HANADA DEVELOPMENT CORPORATION v. NEW JERSEY
PINELANDS COMMISSION.

June 16, 1982.

Petition for certification denied.

RICHARD CREMA v. NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, THE COASTAL
AREA REVIEW BOARD.

June 16, 1982.

Petition for certification granted.   (See 182 *N.J.Super.* 445)

STATE OF NEW JERSEY v. ELLERY DEAN SMITH.

June 16, 1982.

Petition for certification denied.

1030 NEW WILL STREET CORP., T/A NEW WILLOW BAR v.
CITY COUNCIL OF THE CITY OF TRENTON.

June 16, 1982.

Petition for certification denied.